● **ORIGINAL** ● 

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LLOYD RAHN, | | |
| | Plaintiff | NO. 1:01-CV-033 |
| | | JUDGE YVETTE KANE |
| v. | | |
| BRODERSON MANUFACTURING CORPORATION and CARSON CRANE, INC., | | CIVIL ACTION – LAW |
| | Defendants | JURY TRIAL DEMANDED |

FILED
APR 10 2002
PER [RB]
HARRISBURG, PA

### MOTION TO DISCONTINUE AS TO ALL PARTIES

1.  This product liability and negligence case against Broderson Manufacturing Corporation and Carson Crane, Inc. was initiated in the Federal District Court for the Middle District of Pennsylvania.

2.  A case management order was issued by the Honorable Yvette Kane requiring that the parties conduct factual discovery, and placing the matter upon the jury trial list for the Court's October term.

3.  The parties have diligently conducted discovery, and learned through the discovery process that two other corporate entities may potentially be liable to the Plaintiff and to the original Defendants for contribution, Modern Equipment Company and Aycock, Inc.

4.  These corporate entities have their principal places of business in Pennsylvania, and cannot be joined in this federal action without destroying diversity jurisdiction.

5.  Plaintiff has initiated an additional action in Dauphin County Court of Common Pleas against these additional parties, and also named Broderson and Carson Crane as party Defendants.

243593.1\JMM\RT

6. Dismissing the pending federal case, without prejudice, is in the best interests of all parties and the court, and will not prejudice Broderson or Carson Crane.

WHEREFORE, Plaintiff requests that the Court dismiss the present action, without prejudice.

Respectfully submitted,

ANGINO & ROVNER, P.C.

_____
Joseph M. Melillo, Esquire
Attorney I.D. No. 26211
4503 North Front Street
Harrisburg, PA  17110
(717) 238-6791
Attorney for Plaintiff

Date:   April 9, 2002

243593.1\JMM\RT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LLOYD RAHN,<br>    Plaintiff<br><br>v.<br><br>BRODERSON MANUFACTURING CORPORATION and CARSON CRANE, INC.,<br><br>    Defendants | : | NO. 1:01-CV-033<br>CHIEF JUDGE SYLVIA RAMBO<br><br>CIVIL ACTION – LAW<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF PARTIAL NON-CONCURRENCE

I, Joseph M. Melillo, hereby certify that my office contacted counsel for Defendants, C. Kent Price, Esquire and Jefferson J. Shipman, Esquire, by telephone. Mr. Shipman, on behalf of Carson Crane, does not concur in Plaintiff's Motion for Discontinuance, and Mr. Price, on behalf of Broderson, is still considering its position.

Respectfully submitted,

ANGINO & ROVNER, P.C.

_[signature]_
Joseph M. Melillo, Esquire
Attorney I.D. No. 26211
4503 North Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Plaintiff

Date: April 9, 2002

243593.1\JMM\RT

## CERTIFICATE OF SERVICE

AND NOW, this 10th day of April, 2002, I, Joseph M. Melillo, Esquire, an employee of Angino & Rovner, P.C., and counsel for Plaintiff, do hereby certify that I have served a true and correct copy of the within Motion via United States mail, first class, postage prepaid at Harrisburg, Pennsylvania, addressed as follows:

C. Kent Price, Esquire
THOMAS, THOMAS & HAFER
305 North Front Street
P. O. Box 999
Harrisburg, PA  17108-0999

Jefferson J. Shipman, Esquire
Goldberg, Katzman & Shipman
320 East Market Street
P.O. Box 1268
Harrisburg, PA  17108-1268

Daniel M. Dibble, Esquire
Lathrop & Gage Law Office
2345 Grand Boulevard, Suite 2800
Kansas City, MO  64108-2612

_____
Joseph M. Melillo

243593.1\JMM\RT