ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LLOYD RAHN, | | |
| Plaintiff | : | NO. 1:01-CV-033 |
| | : | CHIEF JUDGE SYLVIA RAMBO |
| v. | : | |
| BRODERSON MANUFACTURING CORPORATION and CARSON CRANE, INC., | : | CIVIL ACTION – LAW |
| Defendants | : | JURY TRIAL DEMANDED |

### AMENDED CERTIFICATE OF PARTIAL NON-CONCURRENCE

I, Joseph M. Melillo, hereby certify that my office contacted counsel for Defendants, C. Kent Price, Esquire and Jefferson J. Shipman, Esquire, by telephone. Mr. Shipman, on behalf of Carson Crane, does not concur in Plaintiff's Motion for Discontinuance, but Mr. Price, on behalf of Broderson, does concur in Plaintiff's Motion for Discontinuance.

Respectfully submitted,

ANGINO & ROVNER, P.C.

_____
Joseph M. Melillo, Esquire
Attorney I.D. No. 26211
4503 North Front Street
Harrisburg, PA 17110
(717) 238-6791
Attorney for Plaintiff

FILED
HARRISBURG
APR 1 9 2002
MARY E. D'ANDREA, CLERK
Per: _____
DEPUTY CLERK

Date: April 18, 2002

243593.1\JMM\RT

## CERTIFICATE OF SERVICE

AND NOW, this 19th day of April, 2002, I, Joseph M. Melillo, Esquire, an employee of Angino & Rovner, P.C., and counsel for Plaintiff, do hereby certify that I have served a true and correct copy of the within Amended Certificate of Partial Non-concurrence via United States mail, first class, postage prepaid at Harrisburg, Pennsylvania, addressed as follows:

C. Kent Price, Esquire
THOMAS, THOMAS & HAFER
305 North Front Street
P. O. Box 999
Harrisburg, PA  17108-0999

Jefferson J. Shipman, Esquire
Goldberg, Katzman & Shipman
320 East Market Street
P.O. Box 1268
Harrisburg, PA  17108-1268

Daniel M. Dibble, Esquire
Lathrop & Gage Law Office
2345 Grand Boulevard, Suite 2800
Kansas City, MO  64108-2612

_____
Joseph M. Melillo

243593.1\JMM\RT