25
4-29-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**LLOYD RAHN,**                    :     CIVIL NO. 1:CV-01-0033

      **Plaintiff**                :

    v.                           :

**BRODERSON MANUFACTURING**  :
**CORPORATION and CARSON**     :
**CRANE, INC.,**                   :

      **Defendants**           :



## ORDER

Before the court is Plaintiff's motion to discontinue the captioned action as to all parties. The court has received notice that all parties now concur in the motion. Accordingly, **IT IS HEREBY ORDERED THAT** the captioned action is **DISMISSED**. The Clerk of Court shall close the file.

                                                     SYLVIA H. RAMBO
                                                 United States District Judge

Dated: April 29, 2002.