

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**LLOYD RAHN,**

      **Plaintiff**

      **v.**

**BRODERSON MANUFACTURING
CORPORATION and
CARSON CRANE, INC.,**

      **Defendants**

**CIVIL NO. 1:CV-01-0033**



### ORDER

      Before the court is a motion by PMA Group to intervene in the captioned matter. This action was dismissed on April 29, 2002 upon motion of Plaintiff. Therefore, **IT IS ORDERED THAT** PMA Group's motion to intervene is dismissed as moot.

SYLVIA H. RAMBO
United States District Judge

Dated: June  *20* , 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *


Re:  1:01-cv-00033    Rahn v. Broderson Manufactur


True and correct copies of the attached were mailed by the clerk
to the following:


    Joseph M. Melillo, Esq.
    Angino & Rovner P.C.
    4503 North Front Street
    Harrisburg, PA  17110

    Daniel M. Dibble, Esq.
    Lathrop & Gage, L.C.
    2345 Grand Boulevard
    Kansas City, MO  64108

    C. Kent Price, Esq.
    Thomas, Thomas & Hafer, LLP
    P.O. Box 999
    Harrisburg, PA  17108-0999

    Jefferson J. Shipman, Esq.
    John R. Ninosky, Esq.
    Goldberg, Katzman & Shipman, P.C.
    P.O. Box 1268
    Harrisburg, PA  17108-1268      Fax No.: 17172346810


cc:
| | | | |
|---|---|---|---|
| Judge | (X ) | ( ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Other_____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: June 20th, 2002            BY: